KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:26-CV-02647<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:     Hon. Eumi K. Lee<br><br>Date Filed: March 26, 2026<br><br>Trial Date:  Not Set |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 5:26-CV-02647

Plaintiff Austin Beaulier and Defendant Nvidia Corporation (together, "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, Plaintiff filed his Complaint in this matter on March 26, 2026 (ECF No. 1);

WHEREAS, Plaintiff served the Complaint and summons on Defendant on March 30, 2026;

WHEREAS, Defendant's deadline to respond to the Complaint is April 20, 2026;

WHEREAS, the Parties have conferred about Defendant's April 20, 2026 deadline to respond to the Complaint;

WHEREAS, Plaintiff has consented to extend Defendant's deadline to respond to the Complaint by 60 days, to June 19, 2026;

WHEREAS, there have been no prior time modifications in this case, and this Stipulation will not affect the schedule for the case other than as described in this Stipulation;

NOW, THEREFORE, the Parties agree and stipulate that Defendant's deadline to respond to the Complaint is June 19, 2026.


Dated:  April 17, 2026                                KEKER, VAN NEST & PETERS LLP


                                          By:    /s/ Katie Lynn Joyce
                                                 SHARIF E. JACOB
                                                 KATIE LYNN JOYCE

                                                 Attorneys for Defendant NVIDIA
                                                 CORPORATION


Dated:  April 17, 2026                                KEKER, VAN NEST & PETERS LLP


                                          By:    /s/ William J. Edelman
                                                 WILLIAM J. EDELMAN

                                                 Attorneys for Plaintiff and Proposed Class

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 5:26-CV-02647

## ATTESTATION

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

*/s/ Katie Lynn Joyce*
KATIE LYNN JOYCE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 5:26-CV-02647