KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:26-CV-02647-EKL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NVIDIA CORPORATION'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**<br><br>Date:          September 2, 2026<br>Time:         10:00 a.m.<br>Dept.:        Courtroom 7 – 4th Floor<br>Judge:       Hon. Eumi K. Lee<br><br>Date Filed: March 26, 2026<br><br>Trial Date:  Not Set |

## [PROPOSED] ORDER

The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Defendant NVIDIA Corporation's ("NVIDIA") Motion to Stay Discovery Pending Resolution of NVIDIA's Motion to Dismiss. All discovery in this action is hereby stayed unless and until the Court denies NVIDIA's Motion to Dismiss in whole or in part.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Eumi K. Lee
United States District Court

---

1

6233312