KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AUSTIN BEAULIER, individually and on behalf of all those similarly situated,

Plaintiff,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 5:26-CV-02647-EKL

**STATEMENT OF RECENT DECISION**

Dept.: Courtroom 7 - 4th Floor

Judge: Hon. Eumi K. Lee

Date Filed: March 26, 2026

Trial Date: Not Set

Pursuant to Civil Local Rule 7-3(d)(2), Defendant NVIDIA Corporation ("NVIDIA") submits this Statement of Recent Decision.

On August 21, 2026, the Fifth Circuit affirmed a district court's dismissal of a plaintiff's DMCA § 1202(b) claims in *Kipp Flores Architects, L.L.C. v. AMH Creekside Dev., L.L.C.*, No. 23-50750, 2026 WL 2453096, at *16 (5th Cir. Aug. 21, 2026). Because the opinion addressed DMCA § 1202(b), which Beaulier asserts against NVIDIA in this action, NVIDIA respectfully submits the opinion for the Court's consideration.

The opinion is attached as **Exhibit A**.

Dated: September 1, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Victor Chiu*
SHARIF E. JACOB
KATIE LYNN JOYCE
VICTOR CHIU

Attorneys for Defendant NVIDIA CORPORATION