KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:26-CV-02647-EKL<br><br>**STATEMENT OF RECENT DECISION**<br><br>Dept.: Courtroom 7 - 4th Floor<br><br>Judge: Hon. Judge Eumi K. Lee<br><br>Date Filed: March 26, 2026<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff NVIDIA Corporation ("NVIDIA") submits this Statement of Recent Decision.

On October 2, 2026, Judge Freeman granted Roblox Corporation's motion to dismiss Austin Beaulier's claims in *Beaulier v. Roblox Corporation*, No. 26-cv-02642-BLF (N.D. Cal. Oct. 2, 2026). Because Beaulier asserted claims against Roblox that are substantially similar to those he asserts against NVIDIA in this action, NVIDIA respectfully submits the order for the Court's consideration.

The opinion is attached as **Exhibit A**.

Dated: October 5, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Victor Chiu*
SHARIF E. JACOB
KATIE LYNN JOYCE
VICTOR CHIU

Attorneys for Defendant NVIDIA CORPORATION