KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
VICTOR CHIU - # 305404
vchiu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:26-CV-02647-EKL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge: Hon. Eumi K. Lee<br><br>Date Filed: March 26, 2026<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Plaintiff Austin Beaulier and Defendant NVIDIA Corporation ("NVIDIA") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 26, 2026, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on June 22, 2026, NVIDIA filed a motion to dismiss (ECF No. 20);

WHEREAS, on October 23, 2026, this Court issued an order granting NVIDIA's motion to dismiss with leave to amend (ECF No. 35);

WHEREAS, Plaintiff's amended complaint is due on November 13, 2026 (ECF No. 35);

WHEREAS, a case management conference is currently scheduled for January 27, 2027, at 1:30 p.m. (ECF No. 35); and

WHEREAS, the parties further agree to set a briefing schedule on NVIDIA's anticipated motion to dismiss, followed by the case management conference, to account for the upcoming holidays and to allow the parties time to complete briefing that will assist the Court in resolving the motion.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1. Plaintiff shall file an amended complaint no later than Friday, November 13, 2026, per this Court's order (ECF No. 35).

2. NVIDIA shall file its anticipated motion to dismiss the amended complaint no later than Friday, December 18, 2026.

3. Plaintiff shall file his opposition to NVIDIA's anticipated motion to dismiss no later than Friday, January 29, 2027.

4. NVIDIA shall file its reply in support of its anticipated motion to dismiss no later than Friday, February 26, 2027.

5. NVIDIA shall notice its anticipated motion to dismiss for hearing in accordance with this Court's Standing Order for Civil Cases § VIII.

6. The Initial Case Management Conference scheduled for January 27, 2027, at 1:30 p.m. shall be CONTINUED to May 12, 2027, at 1:30 p.m.

///

Dated: November 4, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Katie Lynn Joyce*
SHARIF E. JACOB
KATIE LYNN JOYCE
VICTOR CHIU

Attorneys for Defendant NVIDIA CORPORATION

Dated: November 4, 2026

MILBERG PLLC

By: */s/ William J. Edelman*
WILLIAM J. EDELMAN
GARY M. KLINGER
MICHAEL A. ACCIAVATTI

Attorneys for Plaintiff AUSTIN BEAULIER

## SIGNATURE ATTESTATION

I am the ECF user whose account is being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated: November 4, 2026

*/s/ Katie Lynn Joyce*
DRAFT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 5, 2026



Hon. Eumi K. Lee
United States District Judge